UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>SAMUEL A. GALLAGHER, SIGRID I. GALLAGHER, STATE OF KANSAS, KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT, and The Unknown Heirs, Executors, Administrators, Devisees, Trustees, Legatees, Creditors, and Assignees of the Deceased Borrower, STANLEY S. GALLAGHER, and the Unknown Spouses of the Deceased Borrower and other Defendants; Unknown Stockholders, Officers, Successors, Trustees, Creditors and Assignees of Defendants as are existing, dissolved or dormant corporations; Unknown Executors, Administrators, Devisees, Trustees, Creditors, Successors and Assignees of Defendants as are or were partners or in partnership; and Unknown Guardians, Conservators and Trustees of Defendants as are minors or are in any way under legal disability; and Unknown Heirs, Executors, Administrators, Devisees, Legatees, Trustees, Creditors and Assignees of any Person alleged to be deceased and made Defendants,<br><br>                    Defendants. | Civil No. 19-2761-DDC |

## **ORDER EXTENDING TIME TO SERVE SUMMONS AND COMPLAINT**

Plaintiff United States of America has filed a motion (ECF No. 8) for extension of time to serve a summons and the amended complaint on Defendant Samuel A. Gallagher and the Unknown Defendants for a period of 90 days beginning on March 16, 2020, or until June 14, 2020, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Court, upon review of the file, finds that for good cause shown the motion of the Plaintiff should be and is hereby granted.

IT IS BY THE COURT ORDERED that the Plaintiff, United States of America, is hereby granted an additional 90 days in which to effectuate service of the summons and amended complaint upon Samuel A. Gallagher and the Unknown Defendants.

Dated this 10th day of March, 2020.

                                            James P. O'Hara
                                            JAMES P. O'HARA
                                            United States Magistrate Judge